THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 21, 2018



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:
DAVID T MILLER
LEIGH ANN MILLER

    Debtors

Case No. 2014-34381-GMH-13

Chapter 13
**ORDER OF DISMISSAL**

Upon the Certification of Jennifer K. Marchinowski, Staff Attorney for Rebecca R. Garcia, Chapter 13 Standing Trustee, indicating that the debtors have failed to make payments as required under prior Order of the Court;

IT IS HEREBY ORDERED:

That this case shall be dismissed effective immediately

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
P O Box 3170
Oshkosh, WI 54903-3170
920.231.2150
Fax 920.231.5713
E-mail info@ch13oshkosh.com

####